UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRED BEEMAN,<br><br>                Plaintiff,<br><br>   v.<br><br>STEVEN THAYER.<br><br>                Defendant. | CASE NO. C13-5822 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court dismisses this action prior to service because defendant, a criminal defense attorney, does not act under color of state law. Further, plaintiff may not challenge his conviction through a civil rights action. This dismissal is for failure to state a claim and it counts as s strike pursuant to 28 U.S.C. 1915(g).

(3) The Court revokes in forma pauperis status for purpose of appeal.

DATED this 5th day of December, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1